UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

FLORA L. ROBINSON,

        Plaintiff,

v.

BANK OF AMERICA CORPORATION, et al.,

        Defendants.

CASE NO. C19-5150 BHS

ORDER GRANTING DEFENDANT'S MOTION TO DISMISS AND GRANTING PLAINTIFF LEAVE TO AMEND

This matter comes before the Court on Defendant Bank of America Corporation's ("BAC") unopposed motion to dismiss. Dkt. 8.

On January 28, 2019, Plaintiff Flora Robinson ("Robinson") filed a civil rights complaint in Pierce County Superior Court for the State of Washington against Defendants BAC, Manager Rachel Harris, Bank Teller Alicia, and Patricia Ortiz alleging violations of her Fifth, Eighth, and Fourteenth Amendment rights. Dkt. 1-1. On February 27, 2019, BAC removed the matter to this Court. Dkt. 1. On March 6, 2019, BAC filed the instant motion to dismiss. Dkt. 8. Robinson did not respond.

First, the Court considers Robinson's failure to respond as an admission that the motion has merit. Local Rules W.D. Wash. LCR 7(b)(2). Second, the Court agrees with BAC that Robinson fails to state a claim against BAC because Robinson fails to allege state action on behalf of BAC. *See* 42 U.S.C. § 1983. Finally, "[a] pro se litigant must be given leave to amend his or her complaint, and some notice of its deficiencies, unless it is absolutely clear that the deficiencies of the complaint could not be cured by amendment." *Cato v. United States*, 70 F.3d 1103, 1106 (9th Cir. 1995). Upon review of the factual allegations, the Court finds that leave to amend is warranted. Robinson alleges that she is a disabled 80-year-old with health issues and that her BAC account was unexpectedly frozen for over four months. Dkt. 1-1. While it may be absolutely clear that Robinson may not bring civil rights causes of action against BAC, she may be able to properly articulate other causes of action against a bank that allegedly froze her account without explanation. Therefore, the Court grants BAC's motion and grants Robinson leave to amend. Robinson shall file an amended complaint or otherwise respond no later than June 28, 2019. Failure to respond will result in dismissal of this matter without further order of the Court.

**IT IS SO ORDERED**.

Dated this 31st day of May, 2019.

BENJAMIN H. SETTLE
United States District Judge